UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-25-13__

ROYCE MATHEW

                Plaintiff,

- against -

THE WALT DISNEY COMPANY ET AL.,

                Defendants.

13 Civ. 3930 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On October 4, 2013, the defendants filed a motion to dismiss the plaintiff's Complaint. In response, and without seeking leave to amend, the plaintiff has filed an Amended Complaint. The defendants represent that the papers they submitted in advocating dismissal of the plaintiff's original complaint can be applied to the plaintiff's Amended Complaint. However, the defendants have also filed a renewed motion to dismiss with accompanying papers. The Court will consider all of the defendants' papers in deciding the motion once the motion is fully briefed. The plaintiff shall respond to the defendants' papers by **December 6, 2013**. The defendants shall reply by **December 23, 2013**.

SO ORDERED:

Dated:    November 22, 2013
            New York, New York

                                      John G. Koeltl
                                United States District Judge