UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROYCE MATHEW,

                Plaintiff(s),

    -against-

THE WALT DISNEY COMPANY,

                Defendant(s).
-----------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

13 civ 3930 (JGK)

To All Parties,

You are directed to appear for oral argument on the pending motion(s), to be held on

**Friday, March 14, 2014, at 2:30pm,** in Courtroom 12B, in front of the Honorable John G.

Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

**Don Fletcher**

**Courtroom Case Manager**

Dated: New York, New York
       February 10, 2014

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/10/2014_