UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___3/17/14___

ROYCE MATHEW,

                Plaintiff,

    - against -

THE WALT DISNEY COMPANY, et al.,

                Defendants.

13 Civ. 3930 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the oral argument on March 14, 2014, the defendants' motion to transfer under § 1404(a) is **granted** and their motion to dismiss under Rule 12(b)(3) based on the forum selection clause is **denied**.  The defendants' motions to dismiss pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) and the individual defendants' motion to dismiss for lack of venue under Rule 12(b)(3) are **denied without prejudice as moot.  The Clerk is directed to close all pending motions and to transfer this action to the United States District Court for the Central District of California.**  This Order is stayed pending the disposition of any motion for reconsideration, which shall be filed by March 28, 2014.  Any response is due April 11, 2014.  Any reply is due April 18, 2014.

**SO ORDERED.**

Dated:    New York, New York
          March 15, 2014

                               John G. Koeltl
                        United States District Judge